**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re<br><br>JENNIFER ANN COURNOYER<br><br>Debtor(s) | Case No. 26-15156-TBM<br>Chapter 7 |
| JARED WALTERS,<br>Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>UNLOCK PARTNERSHIP SOLUTIONS INC.<br><br>Defendant. | Adv. Proc. No. 26-01231-TBM |

## NOTICE OF FILING CORRECTED EXHIBITS

Jared Walters, Chapter 7 Trustee and Plaintiff, gives notice of the filing of corrected Exhibits A through D to the Complaint (Docket No. 1).

The cover sheets carried incorrect designations — Exhibit B read "Exhibit A," Exhibit C read "Exhibit B," Exhibit D read "Exhibit C," and Exhibit A had none. The designations in the Complaint and on the docket are correct; the corrected exhibits differ only in their cover sheets.

DATED September 4, 2026.

Respectfully submitted,

THE JOHNSON LAW FIRM

/s/ Lars Johnson
Lars Johnson, #34344
PO Box 10
Eagle, CO 81631
Phone: 970-688-0436
lars@johnsonlawbk.com
Attorneys for the Trustee