# EXHIBIT C

REDACTED PURSUANT TO FRBP 9037

# Investment Closing Statement

*This form is a final statement of investment terms and closing costs. Compare this document to your Investment Estimate.*

## Closing Information

**DATE ISSUED** 11/13/2023
**EFFECTIVE DATE** 11/16/2023
**DISBURSEMENT DATE** 11/17/2023
**SETTLEMENT AGENT** ClearEdge Title
**FILE #** C-CO874295
**PROPERTY** 211 Appleby Street Bailey, CO 80421

## Transaction Parties

**APPLICANTS** Jennifer Cournoyer
211 Appleby Street
Bailey, CO 80421

**ORIGINATOR** Unlock Partnership Solutions Inc.
270 Madison Ave, Suite 702
New York, NY 10016

## Investment Information

**MAX TERM** 10 year(s)
**PURPOSE** Unlock Equity
**PRODUCT** Home Eqty Agrmt
**OCCUPANCY** Principal Residence
**Agreement #** [redacted]

| Investment Terms | | Explanation |
|---|---|---|
| **Starting Home Value** | $630,000 | The mutually agreed upon value of the Property as of the Effective Date. |
| **Investment Payment** | $119,742 | The gross amount of money you receive from Unlock's investment in your home. This is not a loan. No interest is charged on the Investment Payment and there are no monthly payments due. |
| **Investment Percentage** | 19.01% | Investment Payment as a % of Starting Home Value. |
| **Exchange Rate** | 2.20x | The price of your Agreement. |
| **Unlock Percentage** | 41.81% | In exchange for an up front cash payment of 19.01% of your home's value, Unlock will receive 41.81% of your home's value when the Unlock Agreement ends. (19.01% X Exchange Rate of 2.20x = 41.81%) |
| **Annualized Cost Limit** | 20.90% | Maximum annualized cost of your Agreement per year from start to end, exclusive of the Origination Fee, expressed as a percentage rate. |
| **Home Finance Limit** | 85.00% | Maximum amount of debt and equity financing secured by your home, expressed as a percentage of home value. |

*See page 4 of this document for additional information on investment terms*

## Annualized Cost

*The cost of your Unlock Agreement depends on Ending Home Value. To make it easier to compare to a loan it may be helpful to consider Annualized Cost under various scenarios and compare with an interest rate or APR.*

| Ending Year | Year 1 | Year 10 |
|---|---|---|
| Ending Home Value | $642,600 | $767,966 |
| Unlock Percentage | Unlock Share is capped by the 20.90% Annualized Cost Limit | X 41.81% |
| Unlock Share | $144,768 | = $321,087 |
| Annualized Cost | 20.90% | 10.37% |

*These two examples assume your Unlock Agreement ends after exactly 1 year and 10 years, with increases in home value of 2.5% and 25%, respectively. See Page 4 for additional information and examples.*

| Net Closing Proceeds | | |
|---|---|---|
| **Fees, Expenses And Credits** | $7,635 | $5,867 in Origination Charges + $1,610 in Third Party Transaction Expenses + $158 in Other Expenses - $0 in Credits. |
| **Net Closing Proceeds to Homeowner** | $98,936 | Investment Payment of $119,742 - $13,171 in Payoffs to Third Parties - $7,635 in Fees and Expenses. See Net Closing Proceeds Calculation on Page 2. |

**Closing Statement Details**

| | | Homeowner Paid | | Paid by others |
|---|---|---|---|---|
| **Investment costs** | | At Closing | Before Closing | |
| **A. Origination Charges** | | **$5,867.36** | | |
| 01 Unlock Origination Fee (4.9%) | | $5,867.36 | | - |
| 02 | | | | - |
| 03 | | | | - |
| 04 | | | | - |
| 05 | | | | - |
| 06 | | | | - |
| 07 | | | | - |
| 08 | | | | - |
| **B. Third-Party Transaction Expenses** | | **$1,610.00** | | |
| 01 Appraisal Cost | to Accurate Group | $715.00 | | - |
| 02 Settlement Cost | to ClearEdge Title | $895.00 | | - |
| 03 | | | | - |
| 04 | | | | - |
| 05 | | | | - |
| 06 | | | | - |
| 07 | | | | - |
| 08 | | | | - |
| **C. TOTAL INVESTMENT COST (Homeowner Paid)** | | **$7,477.36** | | |
| Investment Costs Subtotals (A + B) | | $7,477.36 | $0.00 | - |

| | | Homeowner Paid | | Paid by others |
|---|---|---|---|---|
| **Other Expenses** | | | | |
| **D. Taxes and Other Government Fees** | | **$158.00** | | |
| 01 Recording Fees-Mortgage | to ClearEdge Title | $158.00 | | - |
| 02 | | | | - |
| 03 | | | | - |
| 04 | | | | - |
| **E. Other** | | **$0.00** | | - |
| 01 | | | | - |
| 02 | | | | - |
| 03 | | | | - |
| 04 | | | | - |
| **F. TOTAL OTHER EXPENSES (Homeowner Paid)** | | **$158.00** | | |
| Other Expenses Subtotals (D + E) | | $158.00 | $0.00 | - |
| **G. CREDITS** | | **$0.00** | | - |
| **H. FEES, EXPENSES AND CREDITS (C + F + G)** | | **$7,635.36** | | - |

## Payoffs

| TO | AMOUNT |
|---|---|
| 01 **Nelson & Kennard Client Trust Account (acct ending 59-0)** | **$8,214.32** |
| 02 **US Bank (acct ending 3248)** | **$4,956.75** |
| 03 | |
| 04 | |
| 05 | |
| 06 | |
| 07 | |
| 08 | |
| 09 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| **TOTAL PAYOFFS (I)** | **$13,171.07** |

## Net Closing Proceeds

*Use this table to see what has changed from your Investment Estimate.*

| | Investment Estimate | Final | Did this change? |
|---|---|---|---|
| **Investment Payment** | **$30,000** | **$119,742** | **Yes - See Investment Terms on Page 1** |
| **Fees, Expenses and Credits (H)** | **- $3,363** | **- $7,635** | **Yes - See Total Investment Costs (C) and Total Other Expenses (F)** |
| **Closing Costs Paid Before Closing** | **$0** | **$0** | **No** |
| **Total Payoffs (I)** | **- $0** | **- $13,171** | **Yes - See Total Payoffs (I)** |
| **Net Closing Proceeds** | **$26,637** | **$98,936** | |

Additional Information About This Investment

## Important Provisions

**Annualized Cost**

Annualized Cost is the cost of the Unlock Agreement per year from start to end. It equals the rate of investment return that grows the Investment Payment to the Unlock Share over the exact term (years, months and days) and it is calculated exclusive of the Origination Fee and all transaction expenses. The table below displays Annualized Cost for various combinations of ending year and annual home price appreciation. Let's say your home appreciates by an average of 2% annually and you end your Unlock Agreement after 10 years. You will pay Unlock $321,087 and your Annualized Cost will be 10.4%. Note how the 20.90% Annualized Cost Limit applies in earlier years.

| Annual Home Price Appreciation | Ending term 1 | 2 | 3 | 5 | 10 |
|---|---|---|---|---|---|
| **-2%** | 20.9% | 20.9% | 20.9% | 14.7% | 6.0% |
| **0%** | 20.9% | 20.9% | 20.9% | 17.1% | 8.2% |
| **2%** | 20.9% | 20.9% | 20.9% | 19.4% | 10.4% |
| **4%** | 20.9% | 20.9% | 20.9% | 20.9% | 12.5% |
| **6%** | 20.9% | 20.9% | 20.9% | 20.9% | 14.7% |

Annualized Cost Limit

**Improvement Adjustment**

If you make significant home improvements, you can request an Improvement Adjustment to the Ending Home Value when your Agreement ends so that Unlock does not share in value added to the home by your improvements. The adjustment amount is determined by an independent appraisal. Certain conditions apply and there is a $10,000 materiality minimum.

**Maintenance Adjustment**

You must maintain your home in good condition, subject to normal wear-and-tear. If you don't, Unlock can make a Maintenance Adjustment to the Ending Home Value so that we do not share in any lost value. The amount is based on third- party appraisals, inspections and repair estimates and there is a $10,000 materiality minimum.

**Staying Current On Housing Expenses**

This investment requires homeowner's insurance on the property, which you may obtain from a company of your choice that we find acceptable. You must also remain current on your mortgage, property taxes, HOA dues and any other housing expenses. Note that we may need your help in adding Unlock as a mortgage and/or additional interest on your home insurance policy.

**Home Finance Limit**

Total Home Finance is limited to 85.00% of the home value. The limit applies only to financing secured by your home. You can borrow against your home during the term of your Agreement as long as you don't exceed the Home Finance Limit.

Outstanding Balances of Mortgage Debt
\+ Secured Credit Lines Undrawn Balances
\+ Unlock Share w/o Annualized Cost Limit
= Total Home Finance

**Refinance Impact**

A mortgage lender may not agree to lend on a property with an Unlock Agreement to the same extent or on the same terms as they would for a property without an Unlock Agreement. It is possible that you will need to terminate your Unlock Agreement in order to complete a future home loan.

**Occupancy**

If your home is a principal residence or second home, you may rent a portion (but not all) of it as long you occupy the property. If occupancy is declared as principal residence and you convert to a second home or rental property, Unlock may lower the Home Finance Limit. When your Agreement ends, if there is an existing rental agreement or tenant that is negatively impacting the Unlock Share, you will be responsible to remove the tenant or compensate Unlock for any loss.

**Impact on Heirs**

The Unlock Agreement typically ends when you decide to sell your home or buy us out. However, in an unfortunate circumstance where the last signatory to the Unlock Agreement passes, your estate will need to settle with Unlock via property sale or buyout.

**Maximum Term**

You must settle your Agreement on or before the end of the 10-year term, and you might need to sell your home or borrow against your home in order to do this.

**Other Important Provisions**

You can buy out your Unlock Agreement based on an appraised value at any time, fully or partially, without any penalty. Partial buyouts are subject to certain restrictions. Unlock will place a lien on the property to protect its investment. An uncured default could result in a loss of the property via foreclosure or conversion. If you are legally married but your spouse does not co-own your home, your spouse will be required to sign a spousal consent form at the closing.

**Referral Fee**

Unlock may have received certain information about you from one of its unaffiliated partners. Unlock may pay compensation to that partner if you choose to enter into an Agreement. Please be advised that any compensation will not impact the pricing, fees, or terms of your Agreement.

## Contact Information

| | Originator | Referring Partner | Settlement Agent |
|---|---|---|---|
| **Name** | Unlock Partnership Solutions Inc. | | ClearEdge Title |
| **Address** | 270 Madison Avenue<br>STE 702<br>New York, NY 10016 | | 2605 Enterprise Rd E Suite 270<br>Clearwater, FL 33759 |
| **Contact** | Alauna Johnson | | Susan Hanley |
| **Email** | alauna.johnson@unlock.com | | closingteam@cetitle.com |
| **Phone** | | | 727-288-2065 |

## Accept Terms

By signing, you are:

1. Confirming that you have received this form and agree to the terms presented herein for an Unlock Agreement

2. Confirming that you have read the Product Guide and legal documents.

3. You understand the operation, benefits and risks of the Unlock Agreement, including the calculations, costs, tax impact, recorded lien, various ways the Agreement can end, adjustments to Ending Home Value, Annualized Cost and Annualized Cost Limit, occupancy requirements, potential impact on future borrowing, potential impact on your heirs, the requirement to settle the Agreement at the end of the 10-year term, default provisions, and all other requirements and obligations.

4. You have had all questions answered to your satisfaction.

5. You acknowledge that Unlock suggested that you review the Unlock Agreement with your family and professional advisors, including your tax, legal and financial advisor and estate planner, and that Unlock was available to speak with any of them and did so upon your request.

**This Investment Closing Statement is non-binding; however, Unlock will draw final Agreement contract documents for your review and signature three business days after the receipt of a signed ICS. If you sign this ICS today, your closing will occur no sooner than 11/16/2023. The Agreement is effective on the day of your closing when you sign the Agreement contract documents. You may cancel any time before Unlock's settlement agent disburses funds. Unlock will instruct the settlement agent to release funds as soon as Unlock has received the signed contract documents and reviewed them for validity. Once you have received funds you may no longer cancel your agreement.**

DocuSigned by:
Jennifer Cournoyer
3EE9D7320DCE435...

11/13/2023

| Applicant Signature | Date | Co-Applicant Signature | Date |
|---|---|---|---|