**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>JENNIFER ANN COURNOYER<br>SSN: xxx-xx-1635,<br><br>Debtor. | Case No. 26-15156-TBM<br><br>Chapter 7 |
| JARED WALTERS<br>Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>UNLOCK PARTNERSHIP SOLUTIONS, INC.<br><br>Defendant. | Adv. No. 26-01231-TBM |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO ADVERSARY COMPLAINT**

Unlock Partnership Solutions, Inc. ("Unlock"), the Defendant herein, by and through undersigned counsel, respectfully submits this *Unopposed Motion to Extend Deadline to Respond to Adversary Complaint* ("Motion"), requesting the Court extend the deadline to answer or otherwise respond to the adversary complaint (the "Complaint") (Docket No. 1) by 30 days, up to and including November 2, 2026, and in support thereof, states as follows:

1. Unlock was served with the Complaint by mail on September 8, 2026. By Unlock's calculation, the answer is due October 2, 2026.

2. Unlock has recently retained the undersigned as counsel.

3. Unlock desires additional time to analyze the allegations in the Complaint and formulate a response. In addition, Unlock desires an opportunity to discuss the issues raised in the

Complaint with Plaintiff's counsel. An additional 30 days should permit such analysis and discussions.

4. Unlock has conferred with counsel for the Plaintiff. Plaintiff does not oppose the requested 30-day extension.

5. Under Bankruptcy Rule 9006, the court may, in its discretion and for cause shown, extend the response period if the request is made before the original deadline expires. *See* Fed. R. Bankr. P. 9006(b)(1).

WHEREFORE, Unlock requests that the Court extend its deadline to respond to the Complaint by 30 days, up to and including November 2, 2026, and provide such other and further relief as the Court deems just and proper.

Date: October 2, 2026.

Respectfully submitted,

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

/s/ *Michael J. Pankow*

Michael J. Pankow, #21212
Micah G. Hardy, #58705
675 15th Street, Suite 2900
Denver, Colorado 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111
mpankow@bhfs.com
mhardy@bhfs.com

*Attorneys for Defendant Unlock Partnership Solutions, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2026, I electronically filed the foregoing **UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO ADVERSARY COMPLAINT** via the Court's CM/ECF filing system and notice of the filing was served in accordance with Fed. R. Bankr. P. and L.B.R. on the following:

- Lars Johnson lars@johnsonlawbk.com, lars@ecf.courtdrive.com
- Jared Walters (Int) jcWalters7@gmail.com

*/s/ Jessica Bernal*
Jessica Bernal, Legal Practice Assistant