**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>JENNIFER ANN COURNOYER<br>SSN: xxx-xx-1635,<br><br>Debtor. | Case No. 26-15156-TBM<br><br>Chapter 7 |
| JARED WALTERS<br>Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>UNLOCK PARTNERSHIP SOLUTIONS, INC.<br><br>Defendant. | Adv. No. 26-01231-TBM |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO ADVERSARY COMPLAINT**

THIS MATTER having come before the Court on the *Unopposed Motion to Extend Deadline to Respond to Adversary Complaint* ("Motion"),[1] filed by the Defendant in the above-captioned adversary proceeding, the Court having reviewed the Motion, due and proper notice having been given, and good cause having been shown, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Defendant shall have an additional 30 days to answer or otherwise respond to the Complaint, up to and including **November 2, 2026**.

Date: ___________ ___, 2026.

_________________________________
UNITED STATES BANKRUPTCY JUDGE

[1] Capitalized terms used herein but not otherwise defined shall have the same meanings ascribed to them in the Motion.